UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAVAUD HOLD DESMOULINS, ASHLEYA
SHELSEA DESMOULINS, an infant under the age of
eighteen by her f/n/g LAVAUD HOLD DESMOULINS,
LUTETIA SOPHIE DESMOULINS, an infant under the
age of eighteen by her f/n/g LAVAUD HOLD
DESMOULINS,

**ORDER AND JUDGMENT**

08-CV-00086
(BMC)(RER)

Plaintiffs,

-against-

THE CITY OF NEW YORK, WINDZA MURAT
FRANCOIS (Tax No. 937157), JOEL DICKERMAN
(Tax No. 900085), ANTHONY DIMICHELE (Tax No.
9300057), "John" CAROLTY, and JOHN and JANE
DOE 1 through 10, individually and in their official
capacities, (the names John and Jane Doe being fictitious
and the true names are presently unknown),

Defendants.

------------------------------------------------------------------------x

**WHEREAS,** plaintiff Lavaud Desmoulins, both on his own behalf and as father and natural guardian of Ashleya Desmoulins and Lutetia Desmoulins, infants, commenced this action by filing a complaint on or about January 8, 2008, alleging that defendants violated Lavaud Desmoulins, Ashleya Desmoulins, and Lutetia Desmoulins' constitutional rights; and

**WHEREAS**, according to Court records, Ashleya Desmoulins was born on _____;

**WHEREAS**, at the time of the filing of this complaint, Lavaud Desmoulins and infant plaintiffs Ashleya Desmoulins and Lutetia Desmoulins were represented by Brett Klein, Esq.; and

**WHEREAS,** Brett Klein, Esq. was permitted to withdraw from this action as plaintiffs' counsel on May 30, 2008; and

**WHEREAS,** the Court appointed Andrew W. Schilling, Esq. as a guardian *ad litem* for plaintiffs Lavaud Desmoulins, Ashleya Desmoulins, and Lutetia Desmoulins on November 5, 2008; and

**WHEREAS,** by Order of the Honorable Ramon E. Reyes, United States Magistrate Judge, dated October 16, 2009, Andrew W. Schilling, Esq. was authorized to settle and compromise this matter on behalf of all plaintiffs for the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The City of New York shall pay plaintiff Ashleya Desmoulins, within 90 days of the presentation of this Order and proper proof of identity, the sum of NINETEEN THOUSAND EIGHT HUNDRED AND TWENTY THREE DOLLARS AND FIFTEEN CENTS ($19,823.15), on or after _____, 2019, the date on which Ashleya Desmoulins reaches the age of majority.

2. In the event that a parent of Ashleya Desmoulins or legal guardian presents this Order and proper proof of guardianship prior to _____, 2019, the City of New York shall pay the amount set forth in Paragraph "1" within 90 days, to be held in trust for Ashleya Desmoulins.

       3.       The amount set forth in Paragraph "1" of this Order shall not be subject to interest.

Dated: New York, New York
       _____, 2011

_____
RAMON E. REYES, U.S.M.J.